FILED IN OPEN COURT
ON 3/15/16 SJT
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-151-FL

UNITED STATES OF AMERICA          :
                                  :
          v.                      :
                                  :
JULIAN THAXTON                    :

### ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by the defendant on November 12, 2015, and further evidence of record and as presented by the Government, the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as firearms and ammunition used in knowing violations of 18 U.S.C. §§ 922(d) and (g)(1) and 924(a)(2), to wit,

**Personal Property**

a) a North American Arms, Model NAA22, 22 caliber revolver with serial number E275872 and matching ammunition;

b) a Harrington and Richardson, Model Topper 58, 12 gauge shotgun with serial number AM210167 and matching ammunition;

c) a Jimenez Arms, Model JA 24, .25 caliber pistol with serial number 062995 and matching ammunition;

d) a Jimenez Arms, Model JA 380, .380 caliber pistol with

1

serial number 124587 and matching ammunition;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant JULIAN THAXTON, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 15 day of Ma_____, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge

2